**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TERRY L. BURKS, | ) | NO. CV 15-3096-DSF(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Defendant. | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Revised Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Revised Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Revised Report and Recommendation.

IT IS ORDERED that Plaintiff's motion for summary judgment is denied, Defendant's motion for summary judgment is granted and Judgment shall be entered in favor of Defendant.

1    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2 this Order and the Judgment of this date on Plaintiff, counsel for
3 Plaintiff and counsel for Defendant.

5    DATED: 1/19/16

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE