**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TERRY L. BURKS, | ) | NO. CV 15-3096-DSF(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the "Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,"

IT IS ADJUDGED that Judgment is entered in favor of Defendant.

DATED: 1/19/16

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE